**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**WALTER DAVIS**                                                                                                    **PLAINTIFF**

V.                              **CASE NO.: 3:09CV00033 BD**

**MICHAEL J. ASTRUE,
Commissioner, Social Security Administration**                                  **DEFENDANT**

**ORDER**

For good cause shown, Plaintiff's motion for extension of time to file a brief (docket entry #12) is GRANTED. The time is extended to, and including, August 3, 2009. Defendant's brief shall be due 42 days from the date Plaintiff's brief is served.

IT IS SO ORDERED this 6th day of July, 2009.

_____
UNITED STATES MAGISTRATE JUDGE