## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**WALTER DAVIS**                                                                                    **PLAINTIFF**

**v.**                                      **NO. 3:09-CV-00033-BD**

**MICHAEL J. ASTRUE, COMMISSIONER**
**SOCIAL SECURITY ADMINISTRATION**                                      **DEFENDANT**

### JUDGMENT

In accordance with the Memorandum Opinion and Order entered in this case,

Judgment is hereby rendered in favor of Michael J. Astrue, Commissioner, Social Security

Administration, and against Plaintiff Walter L. Davis.

IT IS SO ORDERED this 8th day of October, 2009.

_____
UNITED STATES MAGISTRATE JUDGE